**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/20/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RODNEY ARCENEAUX<br>FED. REG. #79182-079 | CIVIL ACTION NO. 08-1451 |
| VS. | SECTION P |
| | CHIEF JUDGE HAIK |
| J.P. YOUNG, WARDEN | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* should be **DENIED AND DISMISSED WITH PREJUDICE** for failing to state a claim for which relief might be granted.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 18th day of May, 2009.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE